JUSTICE TRIEWEILER
specially concurring.
I concur with the majoritys conclusion that the statement made by Bruce Flack on January 5 should be suppressed. I also agree with the reasons given for that conclusion.
I concur with the majoritys conclusion that there was substantial evidence to support the District Court’s finding that Flack waived his Fifth Amendment rights prior to the statement given to authorities on January 8, 1992.
By concurring in the majority opinion, I do not mean to conclude that the defendant’s situation does not present serious concerns about his Sixth Amendment right to counsel. Flack was arrested on January 5. He made his initial appearance and requested court-appointed counsel on January 6. However, he received no effective advice until January 15, ten days after his arrest. By the time he waived his right to remain silent, he was beginning his fourth day in jail without any meaningful advice from counsel.
I concur in the result of the majority opinion because the delay in appointment of counsel is not the basis of Flack’s appeal. That issue has not been briefed and is not before the Court.